IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

NICOLE ALEXANDER ON BEHALF OF   :
HERSELF AND ALL OTHERS          :
SIMILARLY SITUATED,             :    Case No.:  2:17-cv-05050-LDW-SIL
                                :
          Plaintiff,            :
                                :
v.                              :
                                :
NRA GROUP LLC D/B/A NATIONAL    :
RECOVERY AGENCY,                :
                                :
          Defendant.            :

-------------------------------------------------------X

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

all Defendants with each party to bear its respective attorney's fees and costs incurred in this

action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709


The Salvo Law Firm, P.C.
By:  /s/*Thomas J. Slattery*
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
973-226-2220
tslattery@salvolawfirm.com